No. 02–7443. HANDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7448. SIMMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7450. MOORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7451. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7465. CHEE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–7486. GALLO-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–400. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. *v.* LYNCH, ADMINISTRATRIX OF THE ESTATE OF WILEY, ET AL. Sup. Ct. Ohio. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–562. AMERICAN GENERAL FINANCE, INC. *v.* PASCHEN ET UX. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.